```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 10420
   ARDIS LYNN GREGORASH
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-9705


-----------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 08/24/06 and confirmed on 10/19/06.

    2.  The case was dismissed after confirmation, 08/24/2007.

    3.  The Debtor paid a total of $   5190.00 .

    4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
-----------------------------------------------------------------------------
FIA CARD SERVICES          UNSECURED     NOT FILED          .00            .00
BEST BUY                   UNSECURED     NOT FILED          .00            .00
CAPITAL ONE FINANCIAL      UNSECURED     NOT FILED          .00            .00
BANK ONE                   UNSECURED     NOT FILED          .00            .00
CHASE MANHATTAN BANK USA   UNSECURED     NOT FILED          .00            .00
CHASE MANHATTAN BANK USA   UNSECURED     NOT FILED          .00            .00
CHECK INTO CASH            UNSECURED     NOT FILED          .00            .00
DISCOVER BANK              UNSECURED     NOT FILED          .00            .00
HSBC                       UNSECURED     NOT FILED          .00            .00
HSBC                       UNSECURED     NOT FILED          .00            .00
KOHLS                      UNSECURED        221.14         9.41          23.60
LITERARY GUILD             UNSECURED     NOT FILED          .00            .00
THE CASH STORE             UNSECURED     NOT FILED          .00            .00
ECAST SETTLEMENT CORPORA   UNSECURED      16161.63       533.34        2384.88
         Summary of disbursements:
-----------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00           .00     16382.77        .00      16382.77
PRINCIPAL PAID         .00           .00      2408.48        .00       2408.48
INTEREST PAID          .00           .00       542.75        .00        542.75
TOTAL PAID             .00           .00      2951.23        .00       2951.23
The Debtor's attorney, LEGAL HELPERS PC              , was allowed $   3000.00
and was paid $   1000.00  direct and $   2000.00  through the plan.

The Trustee received $     238.77 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.

Dated: 11/15/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE